# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 1:26-mj-150 |
| **Plaintiff,** | **JUDGE LITKOVITZ** |
| v. | |
| **KYLE D. LAWRENCE,** | **UNITED STATES'** <br> **MOTION TO SEAL CASE** |
| **Defendant.** | |

The United States Attorney respectfully requests that the Complaint, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents could hamper the ongoing investigation.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/*Kyle J. Healey*
KYLE J. HEALEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, and all related documents filed herewith and in the future, be filed under seal until further order of the Court.

_____
DATE

_____
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE