### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:26-mj-150** |
| **Plaintiff,** | **JUDGE LITKOVITZ** |
| **v.** | |
| **KYLE LAWRENCE,** | **MOTION AND ORDER TO UNSEAL** |
| | **COMPLAINT WITH REDACTIONS** |
| **Defendant.** | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed be unsealed with appropriate redactions to protect the privacy of the Minor Victim. Pursuant to the Child Victim and Witnesses Rights Act, "[a]ll papers to be filed in court that disclose the name or any other information concerning a child shall be filed under seal without the necessity of obtaining a court order." 18 U.S.C. § 3509(d)(2). The Act directs the filing party to submit "the complete paper to be kept under seal; and the paper with the portion of it that disclose the name of or other information concerning a child redacted, to be placed in the public record." 18 U.S.C. §§ 3509(d)(2)(A) & (B).

Accordingly, the United States Attorney submits this motion to unseal the matter and the attached redacted copy of the criminal complaint affidavit for the public record which redacts information concerning the minor victim.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Kyle J. Healey*
KYLE J. HEALEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and all related documents filed be unsealed and the redacted copy of the complaint be placed on the public record.

_____

DATE

_____

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE